# EXHIBIT "A"

Case 1:22-cv-01933-AT   Document 1-1   Filed 05/16/22   Page 2 of 10

State Court of Fulton County
**E-FILED**
22EV002303
4/15/2022 2:56 PM
Christopher G. Scott, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| KOURTLAND PERRY,<br><br>                    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF GEORGIA, INC.<br><br>                    Defendant. | CIVIL ACTION<br>FILE NO.: _____<br><br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

**COMES NOW** KOURTLAND PERRY, plaintiff, and makes and files this complaint against defendant FAMILY DOLLAR STORES OF GEORGIA, INC. as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff KOURTLAND PERRY ("Plaintiff") is a resident of Fulton County, Georgia, and is subject to the jurisdiction of this court.

2.

Defendant FAMILY DOLLAR STORES OF GEORGIA, INC. ("Defendant") is a domestic profit corporation existing under the laws of the state of Georgia with its principal place of business in Charlotte, North Carolina, who at all times relevant to this action owned and/or operated the premises upon which the incident giving rise to this complaint occurred and employed the individual who assaulted the plaintiff and is subject to the jurisdiction of this court,  Defendant may be served through its registered agent Prentice-Hall Corp System, Inc. at 100 Peachtree Street, Atlanta, Fulton County Georgia 30303.

3.

Jurisdiction and venue are proper in this court.

## BACKGROUND

4.

Defendant owns and operates Family Dollar #26151 located at 3500 Martin Luther King Drive, S.W., Atlanta, Georgia 30331 ("the premises").

5.

On or around January 26, 2021, Plaintiff was an invitee on the premises.

6.

On that date, plaintiff sustained serious bodily injury when GARY DARNELL EGGLESTON, an employee of Defendant, who was operating within the course and scope of employment for Defendant, initiated a physical altercation with Plaintiff and struck him in the head with a firearm.

7.

As a result of the assault, plaintiff suffered serious bodily injury.

## COUNT I

## ASSAULT AND BATTERY

8.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 7 above as if fully restated.

9.

Defendant's staff working at the premises unlawfully and without justification assaulted Plaintiff.

10.

Defendant's staff committed a tortious assault and battery on Plaintiff.

11.

As a result of this assault and battery, Plaintiff suffered serious bodily injury for which he has incurred damages for past medical expense in excess of $13,812.75, lost wages, future medical expense, actual out-of-pocket expenses and general damages related to his emotional distress and pain and suffering for which defendant is liable.

.

## COUNT 2

## NEGLIGENT HIRING, RETENTION AND TRAINING

12.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 11 above as if fully restated.

13.

Defendant was negligent in hiring, supervising and training its staff.

14.

As a result of defendant's negligence in hiring, supervising and training its staff, plaintiff suffered serious bodily injury for which he has incurred damages for past medical expense in excess of $13,812.75, lost wages, future medical expense, actual out-of-pocket expenses and general damages related to his emotional distress and pain and suffering for which defendant is liable..

## COUNT III

## IMPUTED LIABILITY

15.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above as if fully restated.

16.

At all times relevant to this litigation, the staff working on the premises were employees of defendant and were working within the scope of their employment.

17.

Defendant is responsible for the actions of the staff working on the premises under the theory of *respondeat superior*, agency or apparent agency.

18.

Defendant is also responsible for the staff's conduct in providing security services at the establishment because defendant had a nondelegable duty to provide security and safety for its customers.

19.

As a result of the incident described herein, plaintiff suffered serious bodily injury for which he has incurred damages for past medical expense in excess of $13,812.75, lost wages, future medical expense, actual out-of-pocket expenses and general damages related to his emotional distress and pain and suffering for which defendant is vicariously liable..

## COUNT IV

## PUNITIVE DAMAGES

20.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 19 above as if fully restated.

21.

Defendant's conduct evidences a conscious indifference to the consequences of its actions, which would entitle plaintiff to an award of punitive damages under O.C.G.A. § 51-12-5.1

## COUNT V

## BAD FAITH AND STUBBORN LITIGIOUSNESS PURSUANT TO O.C.G.A. § 13-6-11

22.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 21 above as if fully restated.

23.

Defendant's actions to date constitute bad faith, stubborn litigiousness, and/or have caused the Plaintiff unnecessary trouble and expense, and Plaintiff is entitled to an award of attorney's fees and litigation expenses pursuant to O.C.G.A. § 13-6-11.

**WHEREFORE**, plaintiff prays that he have a trial on all issues and judgment against defendant as follows:

(a) That plaintiff recover the full value of past and future medical expenses, past and future lost wages, and actual out-of-pocket expense in an amount to be proven at trial;

(b) That plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

  (c) That plaintiff recover punitive damages from the defendant in an amount determined by the enlightened conscience of the jury;

  (d) That plaintiff recover attorney's fees and litigation expenses pursuant to O.C.G.A. § 13-6-11;

  (e) That plaintiff recover such other and further relief as is just and proper;

  (f) That all issues be tried before a jury.

This the 15th day of April, 2022.

                Respectfully submitted:

                **ALI AWAD LAW, P.C.**

                /s/ Jason N. Slate
                JASON N. SLATE
                State Bar No. 846650
                Attorney for Plaintiff

200 Peachtree Street NW
Suite 201
Atlanta, GA 30303
P: (833) 254-2923
F: (706) 528-5090
Jason@aliawadlaw.com

Case 1:22-cv-01933-AT   Document 1-1   Filed 05/16/22   Page 8 of 10

**State Court of Fulton County**
**\*\*E-FILED\*\***
**22EV002303**
**4/15/2022 2:56 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __Fulton__ County

**For Clerk Use Only**

Date Filed _____  Case Number _____
MM-DD-YYYY

**Plaintiff(s)**

Perry, Kourtland
Last | First | Middle I. | Suffix | Prefix

Last | First | Middle I. | Suffix | Prefix

Last | First | Middle I. | Suffix | Prefix

Last | First | Middle I. | Suffix | Prefix

**Defendant(s)**

Family Dollar Stores of Georgia, Inc.
Last | First | Middle I. | Suffix | Prefix

Last | First | Middle I. | Suffix | Prefix

Last | First | Middle I. | Suffix | Prefix

Last | First | Middle I. | Suffix | Prefix

**Plaintiff's Attorney** __Jason N. Slate__   **Bar Number** __846650__   **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number             Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

Case 1:22-cv-01933-AT   Document 1-1   Filed 05/16/22   Page 9 of 10

**State Court of Fulton County**
**\*\*E-FILED\*\***
**22EV002303**
**4/15/2022 2:56 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

**STATE COURT OF FULTON COUNTY**
Civil Division

**DO NOT WRITE IN THIS SPACE**

**CIVIL ACTION FILE #:** _____

_____
_____
_____
Plaintiff's Name, Address, City, State, Zip Code

vs.

_____
_____
_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____    Phone No.: _____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.    _____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Case 1:22-cv-01933-AT   Document 1-1   Filed 05/16/22   Page 10 of 10

State Court of Fulton County
**E-FILED**
22EV002303
4/26/2022 5:01 PM
Christopher G. Scott, Clerk
Civil Division

## AFFIDAVIT OF SERVICE

State of Georgia          County of Fulton          State Court

Case Number: 22EV002303

Plaintiff: **Kourtland Perry**
vs.
Defendant: **Family Dollar Stores of Georgia, Inc.**

For:
Jason Slate
Ali Awad Law, P.C.
Ali Awad Law, P.C.
Ste. 201
Atlanta, GA 30303

Received by Ancillary Legal Corporation on the 18th day of April, 2022 at 9:30 am to be served on **Family Dollar Stores of Georgia, Inc. c/o Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **20th day of April, 2022** at **1:20 pm**, I:

served **Family Dollar Stores of Georgia, Inc. c/o Corporation Service Company** by delivering a true copy of the **Summons, Complaint, General Civil and Domestic Relations Case Filing Information Form** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Alisha Smith as **Authorized to accept** at the address of: **2 Sun Ct, Ste 400, Peachtree Corners, GA 30092**.

Additional Information pertaining to this Service:
4/20/2022  1:20 pm  Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Alisha Smith, CSC Coordinator.

Black female, black hair, ~35-40 years old, ~5'8, ~150 lbs, no glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 01st day of April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Christopher Todd Horton**
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2022003827
Ref: Perry

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i